1
2
3
4
5

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  SAYIDEN HUSSEIN MOHAMED,

9              Plaintiff,                  Case No. C16-1591-RSL-MAT

10      v.

11  JENNIFER, et al.,                      REPORT AND RECOMMENDATION

12             Defendants.

13

14      Plaintiff, an inmate at King County Jail, submitted a proposed civil rights complaint.
15  (Dkt. 1.) However, he failed to pay the filing fee or to submit an application to proceed *in forma*
16  *pauperis* (IFP). In a letter dated October 7, 2016, the Court directed plaintiff to either pay the
17  filing fee or to submit an IFP application, along with a certified copy of his prison trust account
18  statement showing transactions for the last six months. (Dkt. 2.) The letter noted that if plaintiff
19  did not respond by correcting the deficiency in filing by November 7, 2016 this action may be
20  subject to dismissal.
21      To date, the Court has not received the filing fee, an IFP application, or any response to
22  its letter. Accordingly, the Court recommends this action be DISMISSED. Dismissal should be
23  without prejudice to plaintiff filing a new complaint, accompanied by either the filing fee or a

REPORT AND RECOMMENDATION - 1

motion to proceed IFP.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 9, 2016**.

Dated this 17th day of November, 2016.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2