UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAYIDEN HUSSEIN MOHAMED,

                Plaintiff,

  v.

JENNIFER, et al.,

                Defendants.

CASE NO. C16-1591-RSL

ORDER DISMISSING CASE WITHOUT PREJUDICE

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice for failure either to file an *in forma pauperis* application or pay the filing fee; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 14th day of December, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CASE WITHOUT
PREJUDICE
PAGE - 1